Isaac Heinmann and Marx Heinmann, trading as Heinmann & Heinmann, appellees, v. Baltimore & Ohio Southwestern Railroad Company, appellant.

Action to recover damages for injury to horse while being loaded in stock car for shipment. Judgment for plaintiff. Appeal from the Circuit Court of Wayne county; the Hon. Julius C. Kern, Judge, presiding. Heard in this court at the October term, 1918. Affirmed. Opinion filed November 7, 1919.

Kramer, Kramer & Campbell and Creighton & Thomas, for appellant; Morrison R. Waite and William A. Eggers, of counsel. Mills & Forth, for appellees.

Mr. Justice McBride delivered the opinion of the court.

# SECOND DISTRICT.

The People of the State of Illinois, defendant in error, v. Frederick Schmidt, plaintiff in error. Gen. No. 6,656.

Prosecution for selling intoxicating liquor in anti-saloon territory and for maintaining a liquor nuisance. Judgment of guilty. Error to the Circuit Court of Rock Island county; the Hon. William T. Church, Judge, presiding. Heard in this court at the April term, 1919. Affirmed. Opinion filed July 18, 1919. Rehearing denied and opinion slightly modified October 8, 1919.

Albert Huber, for plaintiff in error. Floyd E. Thompson, Edward L. Eagle and Benjamin S. Bell, for defendant in error.

Mr. Presiding Justice Niehaus delivered the opinion of the court.

J. H. Forquer, appellee, v. C. B. Thomas et al., appellants. Gen. No. 6,657.

Action by real estate brokers to recover commission for sale of land. Judgment for plaintiff. Appeal from the Circuit Court of Knox county; the Hon. Harry M. Waggoner, Judge, presiding. Heard in this court at the April term, 1919. Affirmed. Opinion filed July 18, 1919. Rehearing denied October 8, 1919.

R. D. Robinson, for appellants. Williams, Lawrence, Green & Gale and Welsh & Zetterholm, for appellee.

Mr. Presiding Justice Niehaus delivered the opinion of the court.